FREDERICK C. HENN, PLAINTIFF, v. CHRIST HOLST AND
THE AETNA CASUALTY AND SURETY COMPANY, A
CORPORATION OF THE STATE OF CONNECTICUT, DE-
FENDANTS.

Decided September 21st, 1931.

For the plaintiff, *Alfred L. Kettell.*

For the defendant The Aetna Casualty and Surety Com-
pany, *Collins & Corbin.*

ACKERSON, S. C. C. This matter comes before me upon
a stipulation between the plaintiff and defendant, The Aetna
Casualty and Surety Company, which is as follows:

That the pleadings, demand of the corporate defendant for
particulars, the plaintiff's bill of particulars in response
thereto, the corporate defendant's interrogatories and the
plaintiff's answers thereto, be submitted to Honorable Henry
E. Ackerson, Jr., Circuit Court judge to whom this action
has been referred for trial for decision of the legal points
raised, in so far as same can be decided from the said papers,
and the memoranda to be submitted to counsel. The defenses
contained in the answer of the corporate defendant and in
the amendment of the answer of the corporate defendant
are in no way waived by virtue of the submission of the fore-
going questions to the court for decision.

It appears that the defendant Christ Holst has filed an
answer and counter-claim and it appears to me from an exam-
ination of the pleadings in the cause that matters of account
are surely involved at least in so far as the answer and counter-
claim of the defendant Holst are concerned, no matter what
disposition may be made of the "legal points" raised by the
above-mentioned stipulation. In view of this circumstance,

and of the limited scope of the stipulaton submitted, I have decided to refer the whole matter to a referee rather than to attempt to dispose of the matter piece meal.

Counsel may therefore appear before me on my next motion day, Friday, October 2d, at ten A. M., at which time the formal reference will be made and the referee selected and an opportunity given to reserve the right of trial by jury if so desired.